# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CHRISTINE MOSE § | |
| § | |
| V. § | CASE NO. 4:11-CV-613 |
| § | Judge Schneider/Judge Mazzant |
| OCWEN LOAN SERVICING, LLC, § | |
| ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 26, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Ocwen Loan Servicing, LLC and U.S. Bank National Association's FRCP 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Dkt. No. 8) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Ocwen Loan Servicing, LLC and U.S. Bank National Association's FRCP 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which

Relief Can Be Granted (Dkt. No. 8) is **DENIED.**

**It is SO ORDERED.**

**SIGNED this 22nd day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE